# United States District Court
## Violation Notice

MN8

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 4540488 | Lance Hoss | 3529 |

4540488

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 02/12/2016 1525 | 1.218 (6) (11) |

Place of Offense: ONE veterans Dr. 1P-170

Offense Description: Factual Basis for Charge — HAZMAT ☐

Disorderly conduct which tends to impede or prevent the normal operation of a service or operation of the facility

DEFENDANT INFORMATIO [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Scott | Michael | B |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (on back of yellow copy)

$ 250.00 Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ 275.00 Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: not available

(Rev. 01/2011) Original - CVB Copy

CVB SCAN MAR 10, 2016 15:02

**STATEMENT OF PROBABLE CAUSE**

(For issuance of an arrest warrant or summons)

I state that on 12 FEB, 20 16 while exercising my duties as a law enforcement officer in the 8 District of MN

I officer Hoss state that while on duty I was dispatched to ward 1P-170 to ~~take~~ take a report of ~~the~~ the subject calling multiple times and making threats to the staff that answered the phone. While on scene I officer Hoss answered the phone, subject was on the other end and proceeded to demand I remove him from the Flagged patient list. After ending conversation Subject called back at least 3 more times. Staff were very upset from the multiple calls and disruption of the normal flow in the ward.

The foregoing statement is based upon:

☒ my personal observation ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/12/2016 [signature]

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN MAR 10, 2016 15:02